PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 17130

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO.: 19-20034-TP-GAYLES

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Larry Anthony Grimes

Name of Sentencing Judicial Officer: The Honorable Clay D. Land, United States District Judge, Middle District of Georgia, Thomasville Division

Transfer of Jurisdiction: May 8, 2019: The Honorable Darrin P. Gayles, United States District Judge, Miami, Florida

Date of Original Sentence: August 26, 2003

Original Offense: Count One: Bank Robbery, 18 U.S.C. 2113(a), Class C felony

Original Sentence: One hundred and eighty-eight (188) months custody of the Bureau of Prisons followed by three (3) years of supervised release; a $100.00 special assessment and $1,750.00 restitution. Special Conditions imposed: 1) participation in a program approved by the U.S. Probation Office for substance abuse testing and if necessary, treatment for alcohol/ drug addiction or dependency; and 2) provide financial information to the probation office upon request.

**April 12, 2019:** Court notified of positive drug urinalysis for the presence of marijuana. Court concurred with recommendation of probation to allow Mr. Grimes to participate in substance abuse treatment.

Type of Supervision: Supervised Release    Date Supervision Commenced: October 11, 2018

Assistant U.S. Attorney:  
To Be Assigned

Defense Attorney:  
To Be Assigned

### PETITIONING THE COURT

☒ To issue a warrant  
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On June 25, 2019, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated. |

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 17130

2. **Violation of Mandatory Condition**, by refusing to submit to drug testing. On July 2, 2019, the defendant was instructed to submit to drug testing and failed to do so.

3. **Violation of Mandatory Condition**, by refusing to submit to drug testing. On July 9, 2019, the defendant was instructed to submit to drug testing and failed to do so.

4. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On July 11, 2019, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory.

5. **Violation of Mandatory Condition**, by refusing to submit to drug testing. On July 12, 2019, the defendant was instructed to submit to drug testing and failed to do so.

6. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On July 16, 2019, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory.

United States Probation Officer Recommendation:  
The term of supervision should be  
☒ revoked.  
☐ extended for _____ years, for a total term of _____ years.  
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2019

Akeya Abisdid  
2019.07.19  
09:37:29 -04'00'

Akeya Abisdid  
United States Probation Officer  
Office: (305) 523-5336  
Cellular: (305) 546-5173

Twanna L. Johnson  
2019.07.19 08:41:51  
-04'00'

THE COURT ORDERS:

☐ No Action  
☒ The Issuance of a Warrant  
☐ The Issuance of a Summons  
☐ Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

7/26/19  
Date